1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES HAMPTON,                        No C-09-1930 VRW (PR)

12          Plaintiff,

13      v                            ORDER OF TRANSFER

14 ARNOLD SCHWARZENEGGER, et al,

15          Defendant(s).

16 _____/

17

18          Plaintiff, a prisoner at California State Prison, Los

19 Angeles County, in Lancaster, California, has filed a pro se action

20 challenging the conditions of his confinement.  Specifically,

21 plaintiff alleges that prison officials have confiscated much of his

22 personal legal property.

23          A substantial part of the events or omissions giving rise

24 to the claim(s) occurred, and the defendants named reside, in the

25 County of Los Angeles, which lies within the venue of the Central

26 District of California, Western Division.  See 28 USC § 84(c)(2).

27 Venue therefore properly lies in the Central District, Western

28 Division.  See id § 1391(b).

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In the interest of justice and pursuant to 28 USC section 1406(a) IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

The clerk shall transfer this matter and terminate all pending motions as moot.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
Dated: May 11, 2009                United States District Chief Judge

G:\PRO-SE\VRW\CR.09\Hampton-09-1930-order of transfer.wpd

2